# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHNATHAN C. LARGE, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-13-961-F |
| KAMERON HARVANEK, | ) |
| Respondent. | ) |

## ORDER

Before the court are the Report and Recommendation of United States Magistrate Judge Charles B. Goodwin (doc. no. 56) and petitioner's objection (doc. no. 58). The magistrate judge recommended that petitioner's 28 U.S.C. § 2254 petition be dismissed as untimely, concluding that neither statutory or equitable tolling were applicable. Petitioner's objection to the Report and Recommendation is non-responsive to the Report and Recommendation. Even the actions petitioner asserts he took, *see* objection at 2, were after the statute of limitations had run. Accordingly, the Report and Recommendation is **ADOPTED** in its entirety and the § 2254 petition for a writ of habeas corpus here is **DISMISSED**. In light of this, petitioner's pending motions (doc. nos. 17, 18, 19, 22, 23, 24, 27, 28, 29, 31, 35, 36, 38, 43, 45, 46, 47, 50, 51 & 53) are **DENIED**.

DATED June 2, 2014.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0961p001.wpd